DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUDOLPH SILAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0498

[July 24, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 18-003099-CF10A.

Rudolph Silas, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***